Guild *v*. Guild.

by publication, or by delivering to him a true and attested copy of the petition and order. No person was named in the order to make the service.

No service was made, except by the delivery, by an indifferent person, of a copy of the order and petition to the petitionee, at a place within the state; which was verified by affidavit. The petitionee did not appear.

## Maria Guild *v*. Josiah Guild.

By the Court. Since the Revised Statutes came in force, the court do not require the residence of the petitionee, on the hearing of an application for a divorce, to be proved in the first instance, as preliminary to any further proceedings, as they did under the statute previously in force. If proved at any time during the hearing it is sufficient.